ACCEPTED
03-15-00363-CV
6936212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 3:20:05 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00363-CV

### IN THE COURT OF APPEALS
### FOR THE THIRD JUDICIAL DISTRICT AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/15/2015 3:20:05 PM
JEFFREY D. KYLE
Clerk

## TEXAS DEPARTMENT OF FAMILY & PROTECTIVE SERVICES,

*Appellant*,

v.

## BRILLIANT STARTS LEARNING ACADEMY, L.L.C.

*Appellee*.

### On Appeal from the 207TH District Court, Comal County, Texas; Cause No. C2015-0676B; before the Honorable Dib Waldrup

### APPELLANT'S AGREED THIRD MOTION TO EXTEND TIME TO FILE BRIEF

| | |
|---|---|
| KEN PAXTON | Pat Tulinski |
| Attorney General of Texas | State Bar No. 20283485 |
| | Assistant Attorney General |
| CHARLES E. ROY | TEXAS ATTORNEY GENERAL'S OFFICE |
| First Assistant Attorney General | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| JAMES E. DAVIS | Telephone: (512) 475-4170 |
| Deputy Attorney General for | Facsimile: (512) 320-0167 |
| Civil Litigation | pat.tulinski@texasattorneygeneral.gov |
| | Attorneys for Appellant |
| DAVID A. TALBOT, JR. | |
| Chief, Administrative Law Division | |

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellant Texas Department of Family & Protective Services, asking the Court to extend the time to file its brief in Cause Number 03-15-00363-CV; Trial Court Cause Number C2015-0676B.

Appellant is the Texas Department of Family & Protective Services. Appellee is Brilliant Starts Learning Academy, L.L.C. This motion is timely filed. *See* Tex. R. App. P. 38.6(d). Appellant has conferred with counsel for Appellee, and this third request for extension is agreed or unopposed.

The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief. The Department's brief was due on September 1, 2015. It is being filed today, along with this motion for extension.

Counsel for DFPS had two deaths in her family, one requiring the first motion for extension and the second requiring the second motion for extension. Counsel is back at work and completed this brief for filing as expeditiously as she was able.

This is the Department's third motion to extend the deadline, and the request is not sought for purposes of delay but to see that justice is done. The Brief is being filed simultaneously with this Motion.

For these reasons, Appellant respectfully requests that this Court grant this

15-day extension of time to file its brief, to be due today, on September 15, 2015.

SIGNED this 15th day of September, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division


/s/ Pat Tulinski
Pat Tulinski
TBN 20283485
Assistant Texas Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4170
Facsimile: (512) 320-0167
pat.tulinski@texasattorneygeneral.gov

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), counsel for Appellant conferred with counsel for Appellee and obtained consent to file this motion as agreed or unopposed.

Cause No. 03-15-00363-CV
Appellant's Agreed Third Motion to Extend Time to File Brief

*/s/ Pat Tulinski*
Pat Tulinski


## CERTIFICATE OF SERVICE

I certify that, on September 15, 2015, a true and correct copy of the Appellant's Agreed Third Motion to Extend Time to File Brief was transmitted by electronic filing and e-mail on the 15th day of September, 2015 to the party of record as shown below:

| **Brilliant Starts Learning Academy, L.L.C.** **Appellee** | Gregory B. Cagle<br>Regional Attorney<br>Texas Municipal Police Association<br>1602B State St.<br>Houston, TX 77007<br>Telephone: (713) 489-4789<br>Facsimile: (713) 489-4792<br>gcagle@tmpalawyer.com |
|---|---|

*/s/ Pat Tulinski*
Pat Tulinski